**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

REBECCA CORPUS ESTEBAN,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 08-71141

Agency No. A019-703-413

MEMORANDUM[*]

---

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010 [**]

Before:    O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Rebecca Corpus Esteban, a native and the citizen of the Philippines,

petitions for review of the Board of Immigration Appeals' order dismissing her

appeal from an immigration judge's ("IJ") decision denying her application for

cancellation of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

de novo claims of constitutional violations in immigration proceedings, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The IJ did not violate Esteban's due process rights where the proceedings were not "so fundamentally unfair that [she] was prevented from reasonably presenting [her] case." *Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir. 2000) (citation omitted). Moreover, Esteban failed to demonstrate that additional testimony may have affected the outcome of the proceedings. *See id*. (requiring prejudice to prevail on a due process challenge).

Esteban's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**